IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GORDON R. SIMMONDS, | § | |
| TDCJ-CID NO.932489, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-4254 |
| | § | |
| CALVIN L. BLAKE, JR., | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the Opinion on Dismissal entered this date, this civil action is DISMISSED without prejudice to refiling after payment of the entire $250.00 filing fee.

SIGNED at Houston, Texas, on January 4, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE